UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MARVIN BROWN                                             CIVIL ACTION

VERSUS                                                  NO. 09-7020

STEVE PRICE                                        SECTION: "C" (4)

## ORDER

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of the plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Marvin Brown's 42 U.S.C. § 1983 claims against the defendants, Correctional Officer Steve Price, Lieutenant John Tullos, Sergeant Chris Walley, Sergeant Rebecca Warren, and Sergeant Leslie Waldrep, are **DISMISSED WITH PREJUDICE** as frivolous and otherwise for failure to state a claim for which relief can be granted pursuant to 28 U.S.C. § 1915(e) and § 1915A

New Orleans, Louisiana, this ___3rd___ day of ___May___, 2010.

_____
UNITED STATES DISTRICT JUDGE